UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| In Re: | CHARLENE THERESE PORATH, | : | Case No. 13-54622 |
|---|---|---|---|
| | | : | |
| | | : | Chapter 13 |
| | | : | |
| | Debtor. | : | Judge Charles M. Caldwell |

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

    Now comes Debtor CHARLENE THERESE PORATH by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

CHARLENE THERESE PORATH<br>
667 Spring Valley Drive<br>
Lewis Center, Ohio 43035

Respectfully submitted,

Dated: 7 December 2015

*s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com